UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60992-CIV-SMITH/REID

SANDRA FRONDEK,

        Plaintiff,

v.

ANDREW M. SAUL, Commissioner
of the Social Security Administration,

        Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION AND CLOSING CASE**

        This matter is before the Court on the Report and Recommendation on Cross-Motions for Summary Judgment [DE 23] of Magistrate Judge Reid. In the Report and Recommendation, Magistrate Judge Reid recommends granting Defendant's Motion for Summary Judgment [DE 20] and denying Plaintiff's Motion for Summary Judgment [DE 18]. Neither party has filed Objections. Because the Magistrate Judge correctly found that substantial evidence supports the findings of the ALJ, the Court affirms and adopts the Magistrate Judge's Report and Recommendation to the District Judge, denies Plaintiff's Motion for Summary Judgment, and grants Defendant's Motion for Summary Judgment.

        The Court having reviewed, *de novo*, the Report and Recommendation on Cross-Motions for Summary Judgment and the record, it is hereby

        **ORDERED** that:

        (1)    The Report and Recommendation on Cross-Motions for Summary Judgment [DE 23] is **AFFIRMED and ADOPTED**, and incorporated by reference into this Court's Order;

        (2)    Defendant's Motion for Summary Judgment [DE 20] is **GRANTED**;

        (3)    Plaintiff's Motion for Summary Judgment [DE 18] is **DENIED**;

2

(4) All pending motions not otherwise ruled upon in this Order are **DENIED AS MOOT**; and

(6) This case is **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 9th day of December, 2022.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: All counsel of record